MICHAEL T. McCALL, State Bar No. 109580
mmccall@wfbm.com
WFBM, LLP
Attorneys at Law
19900 MacArthur Blvd., Ste. 1150
Irvine, CA 92612
Telephone:   (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for MONTE JACKSON;
TUF TRANSPORT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ<br><br>Plaintiff,<br><br>v.<br><br>MONTE JACKSON, an individual;<br>DANIEL S. DUTSON, an individual;<br>TUF TRANSPORT SERVICES, INC.,<br>foreign corporation; DOES 1 through<br>20, inclusive, jointly and severally,<br><br>Defendants. | Case No. 8:20-CV-00786-FLA-ADSx<br>(Orange County Superior Court Case<br>No.: 30-2020-01135399-CU-PA-CJC)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Trial Date: September 7, 2021** |

Plaintiff Antonio Diaz and defendants Monte Jackson and Tuf Transport Services, Inc. ("The Parties") hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all future hearing dates with the expectation that Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days from the filing of the Joint Notice of Settlement.  The Parties further request that the Court schedule a Status Conference/OSC hearing approximately sixty days out at which the Parties, by and

WALSWORTH
19900 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 92612-2445
TEL. (714) 634-2522 • FAX (714) 634-0686

1   through their attorneys of record, shall show cause why this case has not been

2   dismissed.

3

4   Dated:  July 26, 2021                          RICHARD HARRIS LAW FIRM

5

6                                          By:    */s/ Burke Huber*

7                                                 BURKE HUBER

                                                  Attorneys for Plaintiff

8                                                 ANTONIO DIAZ

9

10

11  Dated:  July 26, 2021                          WFBM, LLP

12

13                                         By:  _____

14                                                MICHAEL T. McCALL

                                                  Attorneys for Defendants MONTE

15                                                JACKSON; TUF TRANSPORT

16                                                SERVICES, INC.

17

18                          **SIGNATURE ATTESTATION**

19          I hereby attest that all signatories listed above, on whose behalf this Joint

20  Notice is submitted, concur in the content of this filing and have authorized the

21  filing.

22  Dated:  July 26, 2021                          WFBM, LLP

23

24                                         By:  _____

25                                                MICHAEL T. McCALL

                                                  Attorneys for Defendants MONTE

26                                                JACKSON; TUF TRANSPORT

27                                                SERVICES, INC.

28

WALSWORTH
19900 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 92612-2445
TEL (714) 634-2522 • FAX (714) 634-0686

1

### **CERTIFICATE OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is One City Boulevard West, Fifth Floor, Orange, CA 92868-3677.

4

5

On July 26, 2021, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

6

7

8

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

9

10

11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

13

Executed on July 26, 2021, at Irvine, California.

14

_____

15

Shawn Hanley

16

17

18

19

20

21

22

23

24

25

26

27

28

WALSWORTH
1990 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 926 12-2445
TEL. (714) 634-2522 • FAX (714) 634-0686

-3-