**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ, <br><br>   Plaintiff, <br><br> v. <br><br> MONTE JACKSON, et al., <br><br>   Defendant. | Case No.:  8:20-cv-00786-FLA (ADSx) <br><br> ORDER DISMISSING CIVIL ACTION |

In light of the Joint Notice of Settlement, the Court orders the action dismissed without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.  This Order does not preclude the filing of a stipulation of dismissal

with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

Dated: July 27, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge