MICHAEL T. McCALL, State Bar No. 109580
mmccall@wfbm.com
WFBM, LLP
Attorneys at Law
19900 MacArthur Blvd., Ste. 1150
Irvine, CA 92612
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for MONTE JACKSON;
TUF TRANSPORT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ<br><br>     Plaintiff,<br><br>     v.<br><br>MONTE JACKSON, an individual; DANIEL S. DUTSON, an individual; TUF TRANSPORT SERVICES, INC., foreign corporation; DOES 1 through 20, inclusive, jointly and severally,<br><br>     Defendants. | Case No. 8:20-CV-00786-FLA-ADSx<br>(Orange County Superior Court Case No.: 30-2020-01135399-CU-PA-CJC)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |

IT IS HEREBY STIPULATED by and between Plaintiff Antonio Diaz and defendants Monte Jackson and Tuf Transport Services, Inc., by themselves and through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), the Court enter a dismissal with prejudice of all remaining defendants from Plaintiff's Complaint, case number 8:20-CV-00786-FLA-ADSx.

/ / /

/ / /

/ / /

As no defendants shall remain in this action, Plaintiff shall request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for its own fees and costs.

Dated: August 31, 2021    RICHARD HARRIS LAW FIRM

By: _/s/ Burke Huber_
BURKE HUBER
Attorneys for Plaintiff
ANTONIO DIAZ

Dated: August 31, 2021    WFBM, LLP

By: [signature]
MICHAEL T. McCALL
Attorneys for Defendants MONTE JACKSON; TUF TRANSPORT SERVICES, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Joint Notice is submitted, concur in the content of this filing and have authorized the filing.

Dated:  August 31, 2021			WFBM, LLP

By: *[signature]*

MICHAEL T. McCALL
Attorneys for Defendants MONTE JACKSON; TUF TRANSPORT SERVICES, INC.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19900 MacArthur Blvd., Ste. 1150, Irvine, CA 92612

On August 31, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2021 at Irvine, California.

_____
Shawn Hanley