UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MONTE JACKSON, an individual; DANIEL S. DUTSON, an individual; TUF TRANSPORT SERVICES, INC., foreign corporation; DOES 1 through 20, inclusive, jointly and severally,<br><br>　　　　Defendants. | Case No. 8:20-cv-00786-FLA (ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS [DKT. 33]** |

On August 31, 2021, the parties filed a Joint Stipulation for Dismissal with Prejudice of All Defendants (the "Stipulation"). Dkt. 31. Pursuant to the Stipulation, it is hereby ordered that Plaintiff's complaint is dismissed as to Defendants Monte Jackson and Tuf Transport Services, Inc. with prejudice. Each party is to bear its own costs.

IT IS SO ORDERED.

Dated: September 3, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge